# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1463
LT Case No. 2016-CF-026669-A

———————————————

ALIF MAYOLO-RODRIGUEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Brevard County.
Aaron J. Peacock, Judge.

Alif Mayolo-Rodriguez, Carrabelle, pro se.

James Uthmeier, Attorney General, Tallahassee, and
Tabitha Mills, Assistant Attorney General, Daytona Beach, for
Appellee.


November 25, 2025


PER CURIAM.

    AFFIRMED.


JAY, C.J., and MAKAR and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____